■ MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, Appellant, v ANGELO ORTIZ, Respondent.—Judgment, Supreme Court, Bronx County, entered on April 4, 1975, unanimously affirmed for the reasons stated in the opinion of Spector, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.

■ In the Matter of the Arbitration between ELOISE TUCKER, Appellant, and FIREMAN'S FUND INSURANCE COMPANY, Respondent.—Order, Supreme Court, New York County, entered on May 6, 1975, unanimously affirmed for the reasons stated in the decision of Hughes, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.

■ HELYN MANN, Respondent, v DANE LEWIS et al., Appellants.—Order, Supreme Court, New York County, entered on December 2, 1975, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.

■ AROL DEVELOPMENT CORP., Respondent, v GOODIE BRAND PACKING CORP., Appellant.—Order, Appellate Term of the Supreme Court, First Department, entered on November 25, 1975, unanimously affirmed on opinion of the Appellate Term, without costs and without disbursements. Concur—Markewich, J. P., Kupferman, Silverman, Lane and Nunez, JJ. [84 Misc 2d 493.]

■ In the Matter of PETER FRIED et al., Petitioners, v JUSTICES OF THE CRIMINAL DIVISION OF THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, Respondents.—Application for an order, pursuant to CPLR article 78, in the nature of a writ of prohibition, unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements, and petitioners' motions for leave to proceed as poor persons and for summary judgment denied. No opinion. Concur—Markewich, J. P., Kupferman, Silverman, Lane and Nunez, JJ.

■ NICHOLAS R. DOMAN, Appellant, v ANTAL DORATI, Respondent.—Order, Appellate Term of the Supreme Court, First Department, entered on September 24, 1975, unanimously affirmed on the opinion of Appellate Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Lane, JJ.

■ MARCOS VELOZ, Respondent, v 503–509 W. 175TH STREET CORP., Appellant.—Order of the Appellate Term, First Department, entered on November 18, 1975, and judgment of the Civil Court of the City of New York, New York County, entered on June 16, 1975, unanimously reversed, on the law, without costs and without disbursements, the judgment vacated and the complaint dismissed, on the dissenting opinion of Fine, J., at the Appellate Term. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Lane, JJ.